# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| DENNIS E. GORDON, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-28 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS; GEORGE ZOLEY; | * | |
| DONNA MELLENDICK; HARRELL | * | |
| WATTS; and CHARLES E. SAMUELS, JR., | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's May 24, 2016, Report and Recommendation, dkt. no. 8, to which Plaintiff has filed Objections, dkt. no. 9. After an independent and *de novo* review of the entire record, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court.

Plaintiff's Objections are largely unresponsive to the Magistrate Judge's Report and Recommendation. However, the Court notes Plaintiff's contention that the Magistrate Judge recommends dismissal of this case because the Magistrate Judge believes Plaintiff was untruthful in the factual assertions in the Complaint. Dkt. No. 9, p. 3. Plaintiff misunderstands the

basis for the Magistrate Judge's recommendation. In recommending that the Court dismiss Plaintiff's Complaint, the Magistrate Judge determined that Plaintiff's claims were barred by established precedent, regardless of the validity of Plaintiff's allegations.

Likewise, when reviewing the Report and Recommendation and record in this case, the Court has accepted Plaintiff's factual allegations as true. After that review, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation and **OVERRULES** Plaintiff's Objections. Consequently, the Court **DISMISSES** Plaintiff's Complaint, filed pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____ day of _____, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA